# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2726
_____

CARLTON SMITH,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

December 4, 2023

PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carlton Smith, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.